NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SYLVIA M. KITT,**
*Petitioner,*

**v.**

**DEPARTMENT OF THE NAVY,**
*Respondent.*

---

2014-3178

---

Petition for review of the Merit Systems Protection Board in No. AT-0752-11-0170-X-1.

---

**ON MOTION**

---

**O R D E R**

Sylvia M. Kitt moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

2                                        KITT v. NAVY


                                        FOR THE COURT

                                        /s/ Daniel E. O'Toole
                                        Daniel E. O'Toole
                                        Clerk of Court


s21